Alice Jean Halladay, appellee, v. **Olympia Fields Country Club**, appellant. Gen. No. 39,951.

Opinion filed May 16, 1938.

Hinshaw & Culbertson, for appellant; Oswell G. Treadway, of counsel. Gardner, Carton & Douglas, for appellee; Erwin W. Roemer and M. Morton, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Edward P. Hoff et al.**, appellants, v. **L. H. Heymann et al.**, appellees. Gen. No. 39,455.

Opinion filed May 16, 1938.

Shulman, Shulman & Abrams and Rosenfeld & Bromberg, for appellants; Meyer Abrams, of counsel. John M. Lee and Carl M. Loos, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

## Second District.

Frank Raduenz, appellee, v. **J. F. Kelley**, trading as **J. F. Kelley Motor Sales**, appellant. Gen. No. 9,236.

Opinion filed February 15, 1938. Rehearing denied May 3, 1938.

John K. Newhall and David B. Givler, for appellant. Alschuler, Putnam & Johnson, for appellee; Clarence J. Ruddy and Edward F. Streit, of counsel.

Mr. Justice Huffman delivered the opinion of the court.

**City** of Sterling, appellee, v. **Frank Berry**, appellant. Gen. No. 9,279.

Opinion filed March 31, 1938. Rehearing denied June 14, 1938.

Sheldon & Brown, for appellant. W. J. Stevens and Ward, Ward & Scheineman, for appellee.

Mr. Presiding Justice Dove delivered the opinion of the court.